IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THERESA LaROCK,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

v.                                     Case No. 11-cv-318-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of defendant Michael J. Astrue denying plaintiff Theresa LaRock's application for disability insurance benefits and remanding this case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

_____           _1/19/2012_____
Peter Oppeneer, Clerk of Court                 Date