IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THERESA LaROCK,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-318-bbc

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Theresa LaRock attorney fees and expenses in the amount of $7,400.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_____
Peter Oppeneer, Clerk of Court

5/1/2012
Date