IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THERESA LAROCK,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                      Case No. 11-cv-318-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Theresa LaRock attorney fees in the amount of $3,351.50, to be paid to her attorney, David F. Traver, pursuant to 42 U.S.C. § 406(b).


        _____s/ A. Wiseman, Deputy Clerk_____        _____August 25, 2014_____
                 Peter Oppeneer, Clerk of Court                                  Date